# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LEON MARION LALONDE, JR. AND
MARTHA SMITH LALONDE

NO.   2018 CW 1454

VERSUS

FRANK THOMAS VALLOT AND
BARBARA KAY BUTLER VALLOT

**SEPTEMBER 26, 2019**

---

In Re:    Frank Thomas Vallot and Barbara Kay Butler Vallot, applying for rehearing and motion for oral argument, 21st Judicial District Court, Parish of Tangipahoa, No. 20100001994.

---

BEFORE:   **WHIPPLE, C.J., McCLENDON AND HIGGINBOTHAM, JJ.**

**APPLICATION FOR REHEARING AND MOTION FOR ORAL ARGUMENT DENIED.**

**VGW
PMC
TMH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT